UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| REGINA DRISKILL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:18-CV-102 |
| | ) |
| REGIONS BANK, | ) |
| | ) |
| Defendant. | ) |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW Stephen H. Byrd, attorney for Plaintiff Regina Driskill, to make motion to withdraw as counsel, and states as follows:

1. Attorney Stephen H. Byrd requests permission to withdraw as counsel for Plaintiff Regina Driskill in this matter.

2. The ground for withdrawal is lack of payment for legal services.

3. Defendant Regions Bank will not oppose this motion.

4. Plaintiff Regina Driskill's current contact information is as follows:

    3123 Joyce Avenue
    Knoxville, Tennessee 37921
    865-556-2493

5. Attorney Stephen H. Byrd provided a copy of the motion at least 14 days before prior to the date the motion was filed.

1

6. Attorney Stephen H. Byrd certifies that the requirements of local rule LR83.4 have been met.

PREMISES CONSIDERED, attorney Stephen H. Byrd requests that he be allowed to withdraw from representation of Plaintiff Regina Driskill.

This the 8th day of June, 2018.

Stephen H. Byrd (BPR #030014)
9051 Executive Park Drive, Suite 200
Knoxville, Tennessee 37923
Office: (865) 250-1968
FAX: (865) 675-1970
BunkyByrd@gmail.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing was sent, via ECF email correspondence or regular mail as follows:

Erin Palmer Polly, Esquire
*Attorney for Defendant Regions Bank*
150 3rd Avenue South, Suite 1600
Nashville, Tennessee 37201

Regina Driskill
*Plaintiff*
3123 Joyce Avenue
Knoxville, Tennessee 37921

Stephen H. Byrd