UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| REGINA DRISKILL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action Number 3:18-CV-102 |
| | ) District Judge J. Ronnie Greer |
| REGIONS BANK, | ) Magistrate Judge Debra C. Poplin |
| | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO ABSTAIN**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendant Regions Bank ("Regions") respectfully moves the Court to dismiss Plaintiff Regina Driskill's ("Driskill") Complaint based on the prior exclusive jurisdiction doctrine or, in the alternative, to abstain from hearing this matter under *Colorado River Water Conservation Dist. v. United States*, 424 U.S. 800 (1976). In support, Regions submits a Memorandum of Law. Pursuant to the Court's Order Governing Motions to Dismiss (Docket Entry No. 8), counsel for Regions certifies that she consulted with counsel for Driskill and that the issues raised in Regions' Motion cannot be resolved through an amendment to Driskill's Complaint.

Respectfully submitted,

/s/ Erin Palmer Polly
Erin Palmer Polly (#22221)
Butler Snow LLP
The Pinnacle at Symphony Place
150 Third Avenue, South
Nashville, Tennessee 37201
(615) 651-6700
(615) 651-6701

*Counsel for Defendant Regions Bank*

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the foregoing has been served upon Filing Users via the electronic filing system and on other counsel via U. S. Mail, first-class postage prepaid, this July 3, 2018, on the following:

| | |
|---|---|
| Stephen H. Byrd | Regina Driskill |
| 9051 Executive Park Drive, Suite 200 | 3123 Joyce Avenue |
| Knoxville, Tennessee 37923 | Knoxville, Tennessee 37921 |

/s/ Erin Palmer Polly

42030296.v1