United States District Court
Eastern District of Tennessee
At Knoxville

Regina Driskill,
   Plaintiff

v.

Regions Bank,
   Defendant

No. 3:18-cv-102

## Response to Order

Regina Driskill, plaintiff answers to the court this day December 13, 2018 the following:

   Plaintiff, Regina Driskill does plan to answer the courts when plaintiff is no longer under medical care.

   Plaintiff, Regina Driskill also is planning to retain counsel for future proceedings once plaintiff is released from medical care.

   Plaintiff further states to the court that plaintiff, Regina Driskill never received a copy of a Motion to Dismiss from counsel that was previously hired by plaintiff.

## Certificate of Service

Plaintiff, Regina Drisky hereby states that she will mail a copy of this response or fax to Regions Bank Attorney that is presently representing the Bank. This 13th day of December, 2018.

Regina Driskill
3123 Joyce Avenue
Knoxville, TN. 37921

Regina Driskill
*Regina Driskill*
pro se