

**Tre Hargett**
Secretary of State

**Division of Business Services**
**Department of State**
State of Tennessee
312 Rosa L. Parks AVE, 6th FL
Nashville, TN 37243-1102

## Filing Information

Name: **REGIONS BANK**

### General Information

SOS Control # 000335970
Filing Type: For-profit Corporation - Foreign 08/15/1997 12:44 PM
Status: Active
Duration Term: Perpetual

Formation Locale: ALABAMA
Date Formed: 04/02/1957
Fiscal Year Close 12

**Registered Agent Address**
CORPORATION SERVICE COMPANY
2908 POSTON AVE
NASHVILLE, TN 37203-1312

**Principal Address**
1900 5TH AVE N
BIRMINGHAM, AL 35203-2610

The following document(s) was/were filed in this office on the date(s) indicated below:

| Date Filed | Filing Description | Image # |
|---|---|---|
| 03/27/2019 | 2018 Annual Report | B0679-3433 |
| 03/13/2018 | 2017 Annual Report | B0515-3677 |
| 03/07/2017 | 2016 Annual Report | B0356-9083 |
| 03/30/2016 | 2015 Annual Report | B0225-6057 |
| 03/26/2015 | 2014 Annual Report | B0075-6491 |
| 03/21/2014 | 2013 Annual Report | A0224-1659 |
| 02/13/2013 | 2012 Annual Report | A0155-1496 |
| 03/28/2012 | 2011 Annual Report | A0112-2882 |

Principal Address 1 Changed From: 1900 FIFTH AVE NORTH To: 1900 5TH AVE N
Principal Postal Code Changed From: 35203 To: 35203-2610

| 03/07/2012 | Merger - Survivor (Delayed Date 03/09/2012) | 7010-0532 |

Qualified Survivor Control # Changed To: 000335970
Qualified Survivor Changed To: REGIONS BANK (ALABAMA)
Qualified Non-survivor Control # Changed To: 000421196
Qualified Non-survivor Changed To: UNION PLANTERS HONG KONG, INC. (SHELBY COUNTY)

| 04/01/2011 | 2010 Annual Report | A0067-1709 |

Principal Postal Code Changed From: 352030000 To: 35203

| 03/31/2010 | 2009 Annual Report | A0015-0488 |

**PLAINTIFF'S EXHIBIT 1**

# Filing Information

Name: **REGIONS BANK**

| Date | Filing | Number |
|---|---|---|
| 03/31/2009 | 2008 Annual Report | 6498-2048 |
| 03/31/2008 | 2007 Annual Report | 6271-0697 |
| | Principal Address Changed | |
| | Mail Address Changed | |
| 05/02/2007 | 2006 Annual Report | 6049-2058 |
| 11/20/2006 | Merger | 5891-1064 |
| | Merged Control # Changed  From: 000333205 | |
| | Merged Control # Changed  From: 000335970 | |
| 04/06/2006 | 2005 Annual Report | 5762-0992 |
| 10/20/2005 | Assumed Name | 5579-2157 |
| 07/19/2005 | Merger | 5511-2030 |
| | Merged Control # Changed  From: 000335970 | |
| | Merged Control # Changed  From: 000482611 | |
| 06/27/2005 | Assumed Name | 5493-2091 |
| 04/04/2005 | 2004 Annual Report | 5417-2935 |
| 01/26/2005 | Registered Agent Change (by Entity) | 5339-0476 |
| | Registered Agent Physical Address Changed | |
| | Registered Agent Changed | |
| 11/02/2004 | 2004 Annual Report | 5271-0452 |
| | Fiscal Year Close Changed | |
| 09/27/2004 | Registered Agent Change (by Agent) | 5243-0482 |
| | Registered Agent Physical Address Changed | |
| 09/03/2003 | Assumed Name | 4901-2057 |
| 09/03/2003 | 2003 Annual Report | 4901-0627 |
| 11/26/2002 | 2002 Annual Report | 4661-0169 |
| | Principal Address Changed | |
| | Mail Address Changed | |
| 12/05/2001 | 2001 Annual Report | 4361-0866 |
| | Mail Address Changed | |
| 11/15/2000 | 2000 Annual Report | 4051-0682 |
| 05/10/2000 | Merger | 3905-0450 |
| | Merged Control # Changed  From: 000181298 | |
| | Merged Control # Changed  From: 000335970 | |
| 05/10/2000 | Merger | 3905-0461 |
| | Merged Control # Changed  From: 000122636 | |
| | Merged Control # Changed  From: 000335970 | |

# Filing Information

**Name:** **REGIONS BANK**

| | |
|---|---|
| 10/26/1999  Merger | 3755-2851 |
| Merged Control # Changed  From: 000228147 | |
| Merged Control # Changed  From: 000335970 | |
| 08/24/1998  CMS Annual Report Update | 3552-2437 |
| Principal Address Changed | |
| 08/15/1997  Merger | 3375-1588 |
| Merged Control # Changed  From: 000259969 | |
| Merged Control # Changed  From: 000335970 | |
| 08/15/1997  Initial Filing | 3375-1597 |

**Active Assumed Names (if any)**     **Date**    **Expires**