**REGIONS**
REGIONS BANK
DBA Regions Mortgage
P O BOX 200401
FLORENCE, SC 29502-0401

May 23, 2012

REGINA M DRISKILL　　　　　　　　　　　Policy Number   ALR1503594881
3123 JOYCE AVE
KNOXVILLE TN 37921

Loan #  3006035640

Property:  3123 JOYCE AVE
　　　　　　 KNOXVILLE, TN 37921

We have received evidence of your current insurance coverage, and have, therefore, requested cancellation of the insurance coverage that we obtained to cover the referenced property.

According to the information we received, there was a lapse between the effective date of your coverage and the coverage we provided. Consequently, an earned premium of $4.00 will be disbursed from your escrow account. If the annual premium has already been disbursed from your escrow account, you will receive an escrow refund for the difference between the annual premium and the earned portion for this insurance.

Should your records indicate no lapse in coverage, please send a copy of your policy (with your loan number referenced) showing inception/expiration dates to the following address:

　　　　　REGIONS BANK DBA REGIONS MORTGAGE
　　　　　ITS SUCCESSORS AND/OR ASSIGNS
　　　　　P O BOX 200401
　　　　　FLORENCE SC 29502-0401

We will also accept current insurance information by FAX to 1-843-413-7805. If you have any questions regarding this matter, please contact our Customer Service Department's toll free number 1-866-723-4316.

Sincerely

Hazard Insurance Department


PLAINTIFF'S EXHIBIT 3