

# REGIONS

December 20, 2012

Richard M Mayer
Law Offices of Mayer and Newton
1111 North Northshore Drive Suite S-57
Knoxville TN 37919-4005

RE: Loan Number 3006035640
Regina M Driskill
3123 Joyce Avenue
Knoxville TN 37921

Dear Mr. Mayer:

The following information is provided in accordance with a request from Regina M. Driskill for the current status of the mortgage in arrears. As of the date of this letter, the mortgage loan is due post-petition for July 1, 2012, and all subsequent payments. The amount required to bring the loan post-petition current in the Bankruptcy is $3,166.46. The following is a breakdown of this amount.

| | |
|---|---|
| July 1, 2012 | $293.89 |
| August 1, 2012 | $597.33 |
| September 1, 2012 | $597.33 |
| October 1, 2012 | $597.33 |
| November 1, 2012 | $597.33 |
| December 1, 2012 | $597.33 |
| Suspense Funds | -$114.08 |
| Total | $3,166.46 |

If you have any questions or need further assistance, please call me at 800-986-2462, Ext 2899, or contact our Collections Department at 800-748-9498 from 8:00 A.M. to 8:00 P.M., Central Standard Time, Monday through Thursday, 8:00 A.M. to 6:00 P.M., Central Standard Time on Fridays and 8:00 A.M. to 12:00 P.M., Central Standard Time on Saturdays. or call me direct at

Sincerely,

James Donahew
Regions Bank dba Regions Mortgage
Bankruptcy Department

JD/lb

cc: Regina M. Driskill



PLAINTIFF'S
EXHIBIT
5

If this loan is included in an active bankruptcy case, or if you were a borrower of this loan prior to the filing of a Chapter 7 bankruptcy case in which you received a discharge, and if this loan was not reaffirmed in the bankruptcy case, or if the lender received an order vacating the automatic stay in your bankruptcy case, the lender is providing this notice only for informational purposes and is not attempting to collect, recover, or offset any discharged debt previously incurred by you as your personal liability.

Regions Mortgage • Post Office Box 18001, Hattiesburg, MS 39404-8001
215 Forrest Street, Hattiesburg, MS 39401-3476, Ph. 601-554-2000 • Toll Free 1-800-986-2462

"Regions Bank dba Regions Mortgage may be a debt collector under the Fair Debt Collection Practices Act and all communication may be used for the purpose of collecting any debt that you may owe." "Regions Mortgage is an equal opportunity housing lender."