Loan #: 3006035640

| Date | AMT REC | | DUE DATE | PRIN | INT | ESCROW | FEES | SUSP | PRIN BAL | SUSP BAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/1/2011 | | PAYMENT | 08/01/11 | 40.68 | 56.08 | 233.62 | -14.62 | -345.00 | $22,392.44 | $0.00 |
| 10/4/2011 | $ 335.00 | PAYMENT | 09/01/11 | 40.78 | 55.98 | 238.24 | 0.00 | 0.00 | $22,351.66 | $0.00 |
| 11/18/2011 | $ 329.44 | PAYMENT | 10/01/11 | 40.88 | 55.88 | 232.68 | 0.00 | 0.00 | $22,310.78 | $0.00 |
| 1/31/2012 | $ 339.44 | PAYMENT | 11/01/11 | 40.98 | 55.78 | 232.68 | 0.00 | 0.00 | $22,269.80 | $0.00 |
| 3/1/2012 | $ 325.00 | PAYMENT | | 0.00 | 0.00 | 0.00 | 0.00 | 325.00 | $22,269.80 | $325.00 |
| 3/16/2012 | $ 330.00 | PAYMENT | 12/01/11 | 41.09 | 55.67 | 232.68 | 0.00 | 0.56 | $22,228.71 | $325.56 |
| 4/2/2012 | | PAYMENT | 01/01/12 | 41.19 | 55.57 | 197.13 | 0.00 | -293.89 | $22,187.52 | $31.67 |
| 7/25/2012 | $ 602.17 | PAYMENT | 02/01/12 | 41.29 | 55.47 | 197.13 | 0.00 | 14.39 | $22,146.23 | $46.06 |
| 7/25/2012 | | PAYMENT | 03/01/12 | 41.39 | 55.37 | 197.13 | 0.00 | 0.00 | $22,104.84 | $46.06 |
| 9/18/2012 | $ 361.91 | PAYMENT | 04/01/12 | 41.50 | 55.26 | 197.13 | 0.00 | 68.02 | $22,063.34 | $114.08 |
| 11/20/2012 | $ 293.89 | PAYMENT | 05/01/12 | 41.60 | 55.16 | 197.13 | 0.00 | 0.00 | $22,021.74 | $114.08 |
| 2/8/2013 | $ 293.89 | PAYMENT | 06/01/12 | 41.71 | 55.05 | 197.13 | 0.00 | 0.00 | $21,980.03 | $114.08 |
| 2/8/2013 | $2,706.11 | PAYMENT | 07/01/12 | 41.81 | 54.95 | 1,410.89 | 0.00 | 316.79 | $21,938.22 | $430.87 |
| 2/8/2013 | | PAYMENT | 08/01/12 | 41.91 | 54.85 | 500.57 | 0.00 | 0.00 | $21,896.31 | $430.87 |
| 2/8/2013 | | PAYMENT | 09/01/12 | 42.02 | 54.74 | 500.57 | 0.00 | 0.00 | $21,854.29 | $430.87 |
| 2/8/2013 | | PAYMENT | 10/01/12 | 42.12 | 54.64 | -409.75 | 0.00 | 0.00 | $21,812.17 | $430.87 |
| 7/5/2013 | | PAYMENT | 11/01/12 | 42.23 | 54.53 | 0.00 | 0.00 | -96.76 | $21,769.94 | $334.11 |
| 7/5/2013 | | PAYMENT | 12/01/12 | 42.34 | 54.42 | 0.00 | 0.00 | -96.76 | $21,727.60 | $237.35 |
| 7/8/2013 | | PAYMENT | 01/01/13 | 42.44 | 54.32 | 140.59 | 0.00 | -237.35 | $21,685.16 | $0.00 |
| 9/9/2013 | $ 300.00 | PAYMENT | | 0.00 | 0.00 | 0.00 | 0.00 | 300.00 | $21,685.16 | $300.00 |
| 11/14/2013 | $ 280.82 | PAYMENT | | 0.00 | 0.00 | 0.00 | 0.00 | 280.82 | $21,685.16 | $580.82 |
| 11/26/2013 | $ 75.00 | PAYMENT | 02/01/13 | 42.55 | 54.21 | 500.57 | 0.00 | -522.33 | $21,642.61 | $58.49 |
| 1/21/2014 | $ 561.64 | PAYMENT | 03/01/13 | 42.65 | 54.11 | 500.57 | 0.00 | -35.69 | $21,599.96 | $22.80 |
| 5/1/2014 | $ 100.00 | PAYMENT | | 0.00 | 0.00 | 0.00 | 0.00 | 100.00 | $21,599.96 | $122.80 |



PLAINTIFF'S EXHIBIT 6

Blumberg No. 5113