

Richard M. Mayer*
Patrick C. Woodside, Jr.

John P. Newton*
Casey L. Caldwell

**MAYER | NEWTON**
Bankruptcy Specialists

December 31, 2012

James Donahew
Regions Bank
P. O. Box 18001
Hattiesburg, MS 39404

Via Fax: 601-554-2899

RE: Regina M. Driskill
Loan #: 3006035640

Chapter 13 Case #: 11-34102

Dear Mr. Donahew:

In response to your letter of December 20, 2012 our client has shown us the attached credits that she is not sure are posted to her account. Please confirm whether these have been posted and credited so that you can update the final arrearage number. Once you confirm the final arrearage number she will be able to pay that promptly and bring the account current. Thank you for your assistance in this matter.

Very truly yours,

John P. Newton

JPN/mks
Enc.
CC: Client



PLAINTIFF'S EXHIBIT 7

Landmark Center South Tower, Suite S-570 • 1111 Northshore Drive, Knoxville, TN 37919 • 865.588.5111p • 865.588.6143f
Westgate Office Complex • 2600 W. Andrew Johnson Hwy. • Morristown, TN 37814 • 865.588.5111p • 865.588.6143f
Website: www.mayerandnewton.com • E-mail: richardmayer@richardmayer.com
*Certified as Consumer Bankruptcy Specialists by The Tennessee Commission
on Continuing Legal Education and Specialization.