

Richard M. Mayer* · John P. Newton* · Casey L. Caldwell · Patrick C. Woodside Jr.

February 20, 2013

James Donahew
Regions Bank
PO Box 18001
Hattiesburg, MS 39404

> In re: Regina Michelle Driskill, fka Jeannie Pugh Chapter 13 Case #11-34102
> Regions Mortgage Loan #3006035640
> Property Address: 3123 Joyce Ave; Knoxville, TN 37921

Dear Mr. Donahew:

As you should know from prior correspondence from this office, we represent Ms. Driskill in her Chapter 13 bankruptcy.

Under her confirmed plan, Regions Mortgage is to be paid directly by Ms. Driskill, outside of her bankruptcy case. Ms. Driskill advises that Regions has not given her credit for all payments and has provided us with copies of the following checks, which are enclosed for your reference:

| Check date | Check number | Check amount |
|---|---|---|
| July 3, 2012 | 41196 | $ 602.17 |
| September 14, 2012 | 41583 | $ 361.91 |
| November 15, 2012 | 42014 | $ 293.89 |
| January 31, 2013 | 42435 | $1,500.00 |
| January 31, 2013 | 42436 | $1,500.00 |
| Total: | | $4,257.97 |

Please review Ms. Driskill's mortgage loan and advise me if you have credited these payments to her account. Also, please advise if you show her mortgage loan current.

Very truly yours,

John P. Newton, Jr.
Law Offices of Mayer & Newton

JPN/lh
pc: Regina Driskill
enclosures

PLAINTIFF'S EXHIBIT 9

Landmark Center South Tower Suite S-570 1111 Northshore Dr. Knoxville, TN 37919 865.588.5111p 865.588.6143f
Westgate Office Complex 2600 W. Andrew Johnson Hwy. Morristown, TN 37814 865.588.5111p 865.588.6143f

Website: www.mayerandnewton.com · E-mail: richardmayer@richardmayer.com

*Certified as Consumer Bankruptcy Specialists by The Tennessee Commission on Continuing Legal Education and Specialization.

Regions Mortgage

Check Number: 41196
Check Date: Jul 13, 2012

Check Amount: $602.17

Discount Taker _ Amount Paid
602.17

Item to be Paid - Description

For Thomas Driskill, Jr.

SERVICE RENDERED: _Housing_

Make check payable to: _Regions Mortgage_

Mail check to: (if different from above) _acct # 3006035440_

AMOUNT: $ _602.17_

Services for the total amount shown for the month listed above have been fully rendered.
Also, services that were paid in advance for prior months have been fully rendered.

_Regina T. Driskill_                     _7-3-12_
Family/Guardian/Consumer                  Date

The Provider certifies by the assigned signature that:
Services for the total amount shown for the month listed above have been fully rendered.
Also, services that were paid in advance for prior months have been fully rendered.

Provider                                                      Date
(If caregiver/provider is to be paid, include Social Security Number: _____)

APPROVED

FAMILY SUPPORT COORDINATOR                         DATE
SERVICES: _Transportation Housing_      _7-3-12_

PAID JUL 13 2012

CEREBRAL PALSY CENTER FOR HANDICAPPED ADULTS, INC.                                          4154:

Regions Mortgage                                     Check Number: 41543
                                                     Check Date:   Sep 14, 2012

                                                     Check Amount: $361.91
Item to be Paid - Description                        Discount Taker    Amount Paid
          For Thomas Driskill, Jr.                                        361.91


Thomas Driskell Jr

OK KOS    361.91
nousy

PAID SEP 14 2012

Case 3:18-cv-00102-JRG-DCP   Document 37-9   Filed 09/18/19   Page 3 of 6   PageID #: 134

Please see reverse side for more information

**QUESTIONS OR CHANGES?**
Please write or call...

**REGIONS**
MORTGAGE
P.O. Box 18001
Hattiesburg, MS 39404-8001
Toll Free (800) 986-2462

If this loan is included in an active bankruptcy case, or if you were a borrower of this loan prior to the filing of a Chapter 7 bankruptcy in which you received a discharge, and if this loan was not reaffirmed in the bankruptcy case, or if the lender received an order vacating the automatic stay in your bankruptcy case, the lender is providing this notice only for informational purposes in accordance with the terms of the loan agreement and is not attempting to collect, recover, or offset any discharged debt as your personal liability.

DETACH ALONG PERFORATION AND RETURN LOWER PORTION WITH PAYMENT

3006035640　　10/18/12　　281.09　　0.00　　281.09

Fees due may be collected before applying additional principal payments.

REGINA M DRISKILL　　　　　　　　　　　　　10/18/12

If you are paying by check, please review payment information on the back side of

401 3006035640 6 00077327 5 00076218 7 5

REGIONS MORTGAGE
PO BOX 2153 DEPT 2520
BIRMINGHAM AL 35287-2520

ADD'L PRINCIPAL:
TOTAL PAYMENT: 293

:578300025: 4013006035640

293.89

---

**CEREBRAL PALSY CENTER FOR HANDICAPPED ADULTS, INC.**　　　　　　　　42014

Regions Mortgage

Check Number: 42014
Check Date: Nov 15, 2012

Check Amount: $293.89

Item to be Paid - Description　　　　　Discount Taker　　　Amount Paid
For Regina Driskill　　　　　　　　　　　　　　　　　　　293.89

CEREBRAL PALSY CENTER FOR HANDICAPPED ADULTS, INC. 42435

Regions Mortgage

Check Number: 42435
Check Date: Jan 31, 2013

Check Amount: $1,500.00

| Item to be Paid - Description | Discount Taken | Amount Paid |
|---|---|---|
| For Regina Driskill | | 1,500.00 |

---

42435

**CEREBRAL PALSY CENTER FOR HANDICAPPED ADULTS, INC.**
241 E. WOODLAND AVENUE
KNOXVILLE, TENNESSEE 37917
PH. 865-523-0491

FIRST TENNESSEE
87-719-842

DATE: Jan 31, 2013
AMOUNT: ***$1,500.00

Memo: Account #3006035640

PAY: One Thousand Five Hundred and 00/100 Dollars

TO THE ORDER OF: Regions Mortgage

⑈042435⑈ ⑆064207195⑆

CEREBRAL PALSY CENTER FOR HANDICAPPED ADULTS, INC.                                    42436

Regions Mortgage                                    Check Number: 42436
                                                    Check Date:   Jan 31, 2013

                                                    Check Amount: $1,500.00
Item to be Paid - Description                       Discount Taken    Amount Paid

For Thomas Driskill, Jr.                                                1,500.00

*Regina Driskill*

---

                                                                        42436

**CEREBRAL PALSY CENTER**                  **FIRST**
**FOR HANDICAPPED ADULTS, INC.**           **TENNESSEE**
241 E. WOODLAND AVENUE                     87-719-642
KNOXVILLE, TENNESSEE 37917
PH. 865-523-0491
                                                    DATE              AMOUNT
Memo:  Account #3006035640                  Jan 31, 2013          ***$1,500.00

PAY    One Thousand Five Hundred and 00/100 Dollars

TO THE
ORDER  Regions Mortgage
OF:
                                                   *Jacqueline P. Turner*
                                                   AUTHORIZED SIGNATURE

⑃042436⑃ ⑆064207195⑆

To be mailed today, 01/31/13