March 6, 2013

To Attorney Newton,

I desperately need to hear from Regions Bank. I spoke with Ms. Darlene Malone, Supervisor of James Donshew, She is transferring my Account to be handled by herself at this time. You wrote a letter dated Feb. 20, 2013 to Mr. Donshew asking if my Account was current. I since then spoke to Ms. Malone at least twice by phone and she says that they have to give me a new payment to include "Escrow" rearrange. Ms. Malone stated that she would like for me not to send any payments at this time cause she was contacting my lawyer first by writing a letter and working a plan to bring the Account completely current with four payments that will include any Escrow payments that are behind. Will you please, call Ms. Malone and ask where is the letter because its now March of 2013 and No payments have been made, because I was told not to send any. Her number is (601) ███-████ extension 1504. Then please, call and let me know what she told you. (845) ███-████

Thanks,
Resim Birkell

PLAINTIFF'S EXHIBIT O
Blumberg No. 5113