

**REGIONS**
MORTGAGE
P.O. Box 18001
Hattiesburg, MS 39404-8001

June 13, 2013

      68103 000209          BK019
RICHARD M MAYER
LAW OFFICE OF MAYER & NEWTON
1111 NORTHSHORE DR STE S-570
KNOXVILLE, TN 37919

Re: Regina M Driskill
Case No.: 11-34102
No.: 3006035640

Dear Sir/Madam:

This is to notify you of a payment change relating to your client's loan referenced above.

The new payment amount is $ 275.98, effective with 08-01-13, which is the escrow change date for the last analysis. However, if that date has already passed, the new payment amount is effective November 01, 2012.

Please refer to your client's coupon book (or annual escrow statement) and/or adjustable mortgage loan payment change notice for information regarding the required principal and interest as well as the escrow detail used to calculate the new payment amount.

If required, a Notice of Mortgage Payment Change with Certificate of Service and required attachments will be filed with the court within 21 days of the effective date of the change.

Please advise your client of the new payment amount to ensure proper payment. If you have any questions, please call our office at 1-800-986-2462.

Sincerely,

Regions Mortgage
Bankruptcy Department

Regions Bank dba Regions Mortgage may be a debt collector under the fair debt Collection practices Act and all communication may be used for the purpose of collecting any debt that you may owe.

If this loan is included in an active bankruptcy case and was not reaffirmed by order of the Bankruptcy Court, or if you received a bankruptcy discharge associated with this loan, this letter is provided for informational purposes only in accordance with the terms of the mortgage loan agreement and is not an attempt to collect, recover, or offset any discharged debt previously incurred by you.

BK019/012/CPI



PLAINTIFF'S EXHIBIT 11