

# REGIONS
## MORTGAGE

P.O. Box 18001
Hattiesburg, MS
39404-8001
*Correspondence Only*

68120  12 / 24  001   348  Y0 0
REGINA M DRISKILL
3123 JOYCE AVE
KNOXVILLE TN  37921-6611

06/15/2013

Visit our website at www.regionsmortgage.com

# PAYMENT BOOK

This book contains:
- Payment Instructions
- Mortgage Loan Originator Contact
- Address Change / Tax ID Verification Form
- Auto Pay Application
- Optional Production Information
- Payment Options
- Internet / Phone Access
- Important Disclosures
- Escrow Analysis (if applicable)
- Loan Servicing Fee Schedule
- Payment Coupons
- Tax And Insurance Information
- Contact Information (See back cover)

Actually due


PLAINTIFF'S EXHIBIT 12

| Escrow Disclosure Statement | See calculations & projections on following pages | | Loan # 3006035640 |
|---|---|---|---|
| | | | Date: 06/13/13 |

| ESCROW ITEM DESCRIPTION | PROJECTED ANNUAL AMT | PAYMENT INFORMATION | | |
|---|---|---|---|---|
| | | | PREVIOUS | BEGINNING 08/01/13 |
| CITY TAX | 548.58 | PRIN. AND INT. | 96.76 | 96.76 |
| COUNTY TAX | 532.00 | ESCROW | 291.55 | 179.22 |
| HAZARD INS | 1,070.00 | OPTIONAL PRODUCT | 0.00 | 0.00 |
| | | PRORATED OVERAGE/SHORTAGE | 209.02 | 0.00 |
| | | SUBSIDY | 0.00 | 0.00 |
| | | PAYMENT AMOUNT | 597.33 | 275.98 |

* REPAYMENT OF SHORTAGE

| TOTAL DISBURSEMENTS DIVIDED BY 12 MONTHS | 2,150.58 |
|---|---|
| MONTHLY ESCROW DEPOSIT | 179.22 |

IN CASES OF VARIABLE PRINCIPAL AND INTEREST PAYMENTS, THE TERMS OF YOUR LOAN MAY HAVE RESULTED IN A CHANGE DURING THIS COMPUTATION PERIOD.

*Actually due* (handwritten)

## Escrow Account Coming Year Escrow Projection

Loan# 3006035640
Date: 06/13/13

| MONTH | PAYMENTS TO ESCROW | DESCRIPTION | PAYMENTS FROM ESCROW | ACTUAL BALANCE | REQUIRED BALANCE |
|---|---|---|---|---|---|
| | | BALANCE AS OF 06/13/13 | | 2,383.08 | 1,433.70 |
| 08/13 | 179.22 | | 0.00 | 2,562.30 | 1,612.92 |
| 09/13 | 179.22 | | 0.00 | 2,741.52 | 1,792.14 |
| 10/13 | 179.22 | CITY TAX | 548.58- | 2,372.16 | 1,422.78 |
| 11/13 | 179.22 | | 0.00 | 2,551.38 | 1,602.00 |
| 12/13 | 179.22 | CNTY TAX | 532.00- | 2,198.60 | 1,249.22 |
| 01/14 | 179.22 | HAZARD INS | 1,070.00- | 1,307.82 | 358.44 * |
| 02/14 | 179.22 | | 0.00 | 1,487.04 | 537.66 |
| 03/14 | 179.22 | | 0.00 | 1,666.26 | 716.88 |
| 04/14 | 179.22 | | 0.00 | 1,845.48 | 896.10 |
| 05/14 | 179.22 | | 0.00 | 2,024.70 | 1,075.32 |
| 06/14 | 179.22 | | 0.00 | 2,203.92 | 1,254.54 |
| 07/14 | 179.22 | | 0.00 | 2,383.14 | 1,433.76 |
| TOTALS | 2,150.64 | | 2,150.58- | | |

**LOW BALANCE SUMMARY**

| | |
|---|---|
| PROJECTED LOW POINT | 1,307.82 |
| ALLOWABLE LOW POINT* | 358.44 |
| DEFICIT | 0.00 |
| OVERAGE: | 1,348.41 |

| CURRENT PAYMENT EFFECTIVE | 08/01/13 |
|---|---|
| PRIN. AND INT. | 96.76 |
| ESCROW | 179.22 |
| OPTIONAL PRODUCT | 0.00 |
| PRORTD OVER/SHORT | 0.00 |
| SUBSIDY | 0.00 |
| TOTAL PAYMENT | 275.98 |

*Low point was determined by taking the lower of one of the following: 1) 2 monthly escrow deposits as allowed by RESPA, 2) your mortgage loan documents, OR 3) by state law, if applicable.

Actually due

low
is the
2 month
istory
int is

## Escrow Account History

Loan: 3006035340
Date: 06/13/13

| Month | Payments to Escrow Projected | Payments to Escrow Actual | Payments from Escrow Projected | Payments from Escrow Actual | Description | Escrow Balance Projected | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE AS OF | 08/01/12 | 1,166.18 | 2,565.14- |
| 08/12 | 291.55 | 0.00 | 0.00 | 0.00 | | 1,457.73 | 2,565.14- |
| 09/12 | 291.55 | 197.13 | 0.00 | 0.00 | | 1,749.28 | 2,368.01- |
| 10/12 | 291.55 | 0.00 | 548.58 | 548.58 | CITY TAX | 1,492.25 | 2,916.59- |
| 11/12 | 291.55 | 197.13 | 0.00 | 532.00 * | CNTY TAX | 1,783.80 | 3,251.46- |
| 12/12 | 291.55 | 0.00 | 532.00 | 0.00 * | CNTY TAX | 1,543.35 | 3,251.46- |
| 01/13 | 291.55 | 0.00 | 0.00 | 1,070.00 * | HAZARD INS | 1,834.90 | 4,321.46- |
| 02/13 | 291.55 | 2,199.41 | 0.00 | 0.00 | | 2,126.45 | 2,122.05- |
| 03/13 | 291.55 | 0.00 | 0.00 | 0.00 | | 2,418.00 | 2,122.05- |
| 04/13 | 291.55 | 0.00 | 0.00 | 0.00 | | 2,709.55 | 2,122.05- |
| 05/13 | 291.55 | 0.00 | 2,418.00 | 0.00 * | HAZARD INS | 583.10 | 2,122.05- |
| 06/13 | 291.55 | 4,004.56 | 0.00 | 0.00 E | | 874.65 | 1,882.51 |
| 07/13 | 291.55 | 500.57 | 0.00 | 0.00 E | | 1,166.20 | 2,383.08 |
| TOTALS | 3,498.60 | 7,098.80 | 3,498.58 | 2,150.58 | | | |

re. The
ne actual

later than

irement paid.
mium paid.

Actually due

(*) See reverse side.



plicable law.

**Fee Amount**

$8 maximum
FREE
FREE

$9

er fees may

Name: REGINA M DRISKILL

Loan Number: 3006035640

Overage Amount: $1,348.41

If the loan is current, Regions Mortgage refunds all overage escrow amounts over $50 and if the overage is less than $50 spreads the overage to reduce the monthly payment up to the date of the projected low point balance.

▲ REGIONS
MORTGAGE

Actually due