Re: *Confidential: Re: Re: [Confidential] Proof of Payment for Regina Driskill #3006035640

Katie Stone         08/25/2014 10:54 AM

Thelma,

I know it has been a while since we discussed this account. The borrower has come in my office again today and stated that she has not received anything from Regions regarding the correct balance or an updated statement with this payment applied. Then she got a notice about Regions Mortgage making an appearance in bankruptcy court. She is really upset and confused. I have attached the notice that she just got in the mail. And I've advised her to contact her bankruptcy attorney. She also brought me in documentation that her grant funds will be releasing on this Friday, August 29th. And she intends to go to the bank branch that day to make a payment, however she needs an accurate balance amount. Can you please send that to me.

Regina Driskill # 3006035640

Her phone number 865-966-2105

[illegible]

Thank you.

*Katie Stone*

[address illegible]
Knoxville, TN [illegible]
Phone: (865) [illegible]
Fax: (865) [illegible]



Katie Stone

Katie Stone/Mortgage Banking/REGIONS
Thelma Foster/RMMGMSRFC/RFCNOTES
08/23/2014 12:52 PM

Confidential: Re: Re: [Confidential] Proof of Payment for Regina Driskill #3006035640

Dear Katie,

*Katie Stone*



PLAINTIFF'S EXHIBIT 13   Blumberg No. 5113