

Gerald M. Shapiro
Admitted in Illinois & Florida
Joe M. Kirsch, Managing Partner
Admitted in Tennessee
Sharon N. Fewell, Managing Attorney
Admitted to Arkansas & Tennessee
Ashley M. Jones
Admitted in Arkansas & Tennessee
Bennie B. Culp
Admitted in Tennessee
Robert Schneider
Admitted in Tennessee

Matthew W. Graves
Admitted in Arkansas Federal Courts,
Kentucky & Tennessee
Philip Brooks
Admitted in Tennessee
Michael A. Dennie
Admitted in Mississippi & Tennessee
Bridget Cole
Admitted in Tennessee

October 23, 2014

Regina Michelle Driskill
c/o Law Offices of Mayer & Newton
1111 Northshore Drive, Suite S-570
Knoxville, TN 37919

VIA EMAIL

RE: Regions Mortgage
Property Address: 3123 Joyce Avenue, Knoxville, TN 37921
File Number: 14-059863

**If you are under the protection of the U.S. Bankruptcy Code, this is NOT a demand for payment, this letter is provided for informational purposes only at your request.**

The current amount needed to REINSTATE your loan, good through October 31, 2014, is **$7,432.22.**

| | |
|---|---|
| Payments due (April 2013 – October 2014) | $6,529.02 |
| Attorney Fees | $850.00 |
| Attorney Costs | $176.00 |
| Amount in Suspense | ($122.80) |
| Total: | $7,432.22 |

PLAINTIFF'S EXHIBIT 14

These figures are subject to final verification upon receipt of funds by the note holder. The note holder reserves the right to adjust these figures and refuse any funds which are insufficient for any reason, including but not limited to error in calculation, previously dishonored check or money order, or additional disbursements made by this note holder between the date of this statement and the receipt of funds.

If you wish to bring your payment to our office, you will need to call to make an appointment so that an authorized person can be here to accept the funds. Appointments will need to be made between 8 a.m. and 4 p.m. Monday through Friday. Please call (901)767-5566 to make your appointment.

555 Perkins Road Extended, Second Floor, Memphis, TN 38117
voice: (901) 767-5566 • fax: (901) 761-5690