To Regions Bank

I am disabled and I am requesting for Regions Bank to please allow myself as well as a second person advocate to help me to resolve this matter with my house payment. As you know this matter has been going on for some time now. I need the assistance of another person, an advocate, to help with coming to a resolve of this house matter. Under the disabilities Act I am entitled to help. Please accept this notification that I have some problems and receive Social Security disability based upon some cognitive issues. I am need of some further assistance in order to unravel this condition that is spiraling out-of-control. I need to send a fax to someone who is assigned my loan in order for my advocate and I to talk with them about my mortgage. We are requesting cooperation immediately so that no further delays have to take place. I can be reached at (865) 556-2493. This letter is being brought to a local branch of Regions bank on this date of Sept. 4, 2015.

Thanks,
Regina Driskill

Loan no.
300603564O

P.s. This is notification that I'm giving Regions permission to speak with a third party, concerning my

PLAINTIFF'S EXHIBIT
17
Blumberg No. 5113