## Bridget Garrett

| | |
|---|---|
| From: | ▓▓▓▓▓▓▓▓▓▓▓▓mayerandnewton.com] |
| Sent: | Wednesday, September 23, 2015 3:16 PM |
| To: | 'WS Massa, III' |
| Cc: | 'John Newton' |
| Subject: | Regions vs Driskill Ch 13 11-34102 |
| Attachments: | PROOF OF INSURANCE.pdf; HOME OWNERS INSURNACE AMENDED DECLARATION PAGE.pdf |

Dear Mr. Massa,

Attached please find proof of insurance for the above captioned case.

Bridget Garrett
Chapter 13 Paralegal

---

From: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Sent: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
To: ▓▓▓▓▓▓▓▓
Cc: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Subject: ▓▓▓▓▓▓▓▓▓▓▓▓

Are you doing the Agreed Order?

John P. Newton
Mayer & Newton
1111 Northshore Drive, Suite S-570
Knoxville, TN 37919
(865) 588-5111
(865) 588-6143 (fax)
johnnewton@mayerandnewton.com


PLAINTIFF'S EXHIBIT 18



**ASSURANT Specialty Property**

# HOMEOWNERS POLICY
# NEW BUSINESS DECLARATIONS PAGE
### HO-8 (28)

**AMERICAN RELIABLE INSURANCE COMPANY**

A Stock Insurance Company
8655 E Via De Ventura
Scottsdale, AZ 85258-3321

**YOUR PRODUCER'S NAME AND ADDRESS IS:**
SHAFER INSURANCE AGENCY, INC. 1314
1100 MARION ST., SUITE 1
KNOXVILLE, TN 37921

Phone #: 865-546-0761
**GENERAL AGENT**
SOUTH & WESTERN GENERAL AGCY INC 9562

**POLICY NUMBER:** I28000900 01

**POLICY TERM:** Effective Date: 01/15/13    Expiration Date: 01/15/14    Effective 12:01 a.m. Standard Time at Location of Property Described.

**PROPERTY INFORMATION:**

| DWELLING # | YEAR | CONSTRUCTION TYPE |
|---|---|---|
| 1 | 1970 | FRAME |

**DEDUCTIBLE(S) APPLIED TO LOCATION:** $1000 ALL OTHER PERILS/$1000 HAIL/$1000 WINDSTORM

**Named Insured & Mailing Address:**
REGINA DRISKILL
3123 JOYCE AVE
KNOXVILLE TN 37921-6611

**Location of Insured Property:**
3123 JOYCE AVE
KNOXVILLE, TN 37921-6611
KNOX

| COVERAGES (This policy provides the following coverage for this unit, subject to forms listed on reverse side of this page: See SCHEDULE OF FORMS.) | AMOUNT OF INSURANCE | PREMIUM |
|---|---|---|
| COVERAGE A - DWELLING | $95,000 | $1,020.00 |
| COVERAGE B - OTHER STRUCTURES | $9,500 | Included |
| COVERAGE C - PERSONAL PROPERTY | $47,500 | Included |
| COVERAGE D - LOSS OF USE | $9,500 | Included |
| COVERAGE E - PERSONAL LIABILITY | $100,000 | $20.00 |
| COVERAGE F - MEDICAL PAYMENTS TO OTHERS | $500 | Included |
| APPLICATION FEE: | | $30.00 |
| **TOTAL PREMIUM:** | | **$1,070.00** |

**Minimum Earned Premium:** $100.00    **Billed to:** MORTGAGEE/LIENHOLDER

| Program Code | Territory | Use | Sq Ft | Protection class |
|---|---|---|---|---|
| 28 | 34 | P | 950 | 3 |

**TRANSACTION DATE:** 01/15/13
**ORIGINAL PRINT DATE:** 01/16/13

(Continued on Reverse Side)

M800000109    INS

# ALL AMERICAN INSURANCE SERVICES

# 352-B LINDSAY ST. ALCOA TN 37701

865-681-3500

Dear Sirs,

My insured, Regina Driscoll, has had her home insured with Utica National since 01/15/2014 without a lapse. Enclosed is the dec page from last year and the current term. Please ,if you have any questions please call the number 865-681-3500 and ask for Dave Ryan agent.

Sincerely, David F. Ryan

# UTICA NATIONAL INSURANCE GROUP

REPUBLIC FRANKLIN INSURANCE COMPANY
180 GENESEE STREET
NEW HARTFORD NY 13413-2299

**NAMED INSURED AND MAILING ADDRESS**
REGINA DRISKILL
3123 JOYCE AVE
KNOXVILLE TN 37921

**Producer's Name and Address**
ALL AMERICAN INS SVCS INC
352 LINDSAY ST., STE. C
ALCOA, TN 37701
Producer's Code G0947 (865) 681-3500 AGT

POLICY NO. 4722274
HOMEOWNERS POLICY
***** AMENDED DECLARATIONS *****
FROM JAN 15, 2014 TO JAN 15, 2015
AMENDED ON JAN 15, 2014 #01

☐ 12:00 Noon  ☒ 12:01 A.M. Std. Time at the Residence Premise

The RESIDENCE PREMISES covered by this policy is located at the above address unless otherwise stated. Additional policy provisions are on the reverse side.

Coverage is provided where a premium or limit of liability is shown for the coverage.

```
COVERAGES                   SECTION I              LIMITS OF LIABILITY
A. DWELLING                                         $   95,000
B. OTHER STRUCTURES                                      9,500
C. PERSONAL PROPERTY                                    66,500
D. LOSS OF USE                                          19,000
THE DEDUCTIBLE FOR ALL SECTION I PERILS IS               1,000
EXCEPT YOUR DED. FOR WINDSTORM OR HAIL IS 2% OF THE COV A LIMIT  1,900
                        TOTAL ADJUSTED BASE PREMIUM $   670.00
                            SECTION II
E. PERSONAL LIABILITY          EACH OCCURRENCE-        100,000
F. MEDICAL PAYMENTS TO OTHERS  EACH PERSON    -          1,000
                        TOTAL SECTION II PREMIUM      INCLUDED

ENDORSEMENTS/CREDITS/FEES:
SPECIAL FORM                         HO 00 03 (04/91)  INCLUDED
IDENTITY RECOVERY COVERAGE           8-E-3544 (05/08)  INCLUDED
WINDSTORM OR HAIL PERCENTAGE DEDUCTIBLE  HO 03 12 (10/93)  INCLUDED
VANISHING DEDUCTIBLE                 8-E-3626 (04/07)     10.00
PERSONAL PROPERTY REPLACEMENT COST   HO 04 90 (04/91)     80.00
8-E-3653 (04/08)   8-L-1189 (04/91)  8-L-1646 (01/09)  8-L-2325 (04/11)
8-L-936  (01/92)   HO 01 41 (11/99)  8-L-2003 (01/10)  8-E-3371 (05/02)
HO 04 96 (04/91)   8-E-3662 (09/08)  8-L-1820 (04/02)  8-L-2115 (01/10)
8-L-999P (03/07)
                        SUBTOTAL                      $  760.00
                        TOTAL POLICY PREMIUM          $  760.00
                        NET PREMIUM CHANGE            $    0.00
```

NAME CHANGE

RATING INFORMATION

NOTE: WINDSTORM OR HAIL PERCENTAGE DEDUCIBLE ENDORSEMENT HO 03 12 PREMIUM OF
$48.00- IS REFLECTED IN THE TOTAL ADJUSTED BASE PREMIUM LISTED ABOVE.
DWELLING IS OF FRAME CONSTRUCTION, TERRITORY IS 34, PROTECTION CODE IS 03,
YEAR OF CONSTRUCTION IS 1970, OCCUPIED BY 1 FAMILY

THE DESCRIBED DWELLING IS PRIMARY

PREMIUM AMOUNT TO BE REFLECTED ON NEXT BILLING NOTICE
UNI-BILL NO. 101016243

FOR COMPANY USE ONLY: CONTINUED ON PAGE 2   AUTHORIZED REPRESENTATIVE  *Jill Kane*   IC

Case 3:18-cv-00102-JRG-DCP Document 37-18 Filed 09/18/19 Page 4 of 5 PageID #: 156

REPUBLIC FRANKLIN INSURANCE COMPANY
180 GENESEE STREET
NEW HARTFORD  NY  13413-2299

**NAMED INSURED AND MAILING ADDRESS**
REGINA DRISKILL
3123 JOYCE AVE
KNOXVILLE TN 37921

**Producer's Name and Address**
ALL AMERICAN INS SVCS INC
352 LINDSAY ST., STE. C

ALCOA, TN 37701
Producer's Code  G0947  (865) 681-3500 AGT
POLICY NO. 4722274
HOMEOWNERS POLICY
***** RENEWAL CERTIFICATE *****
FROM JAN 15, 2015 TO JAN 15, 2016

☐ 12:00 Noon    ☒ 12:01 A.M. Std. Time at the Residence Premise

The RESIDENCE PREMISES covered by this policy is located at the above address unless otherwise stated. Additional policy provisions are on the reverse side.

Coverage is provided where a premium or limit of liability is shown for the coverage.

```
COVERAGES                    SECTION I              LIMITS OF LIABILITY
A. DWELLING                                      $       99,000
B. OTHER STRUCTURES                                       9,900
C. PERSONAL PROPERTY                                     69,300
D. LOSS OF USE                                           19,800
THE DEDUCTIBLE FOR ALL SECTION I PERILS IS                1,000
EXCEPT YOUR DED. FOR WINDSTORM OR HAIL IS 2% OF THE COV A LIMIT  1,980
                           TOTAL ADJUSTED BASE PREMIUM $   682.00
                           SECTION II
E. PERSONAL LIABILITY             EACH OCCURRENCE-      100,000
F. MEDICAL PAYMENTS TO OTHERS     EACH PERSON -           1,000
                           TOTAL SECTION II PREMIUM    INCLUDED
ENDORSEMENTS/CREDITS/FEES:
SPECIAL FORM                            HO 00 03 (04/91)  INCLUDED
IDENTITY RECOVERY COVERAGE              8-E-3544 (05/08)  INCLUDED
WINDSTORM OR HAIL PERCENTAGE DEDUCTIBLE HO 03 12 (10/93)  INCLUDED
VANISHING DEDUCTIBLE                    8-E-3626 (04/07)     10.00
PERSONAL PROPERTY REPLACEMENT COST      HO 04 90 (04/91)     82.00
8-E-3653 (04/08)   8-L-999P (03/07)   8-E-3662 (09/08)   8-L-1820 (04/02)
8-L-936 (01/92)    8-L-1189 (04/91)   8-L-1646 (01/09)   8-L-2325 (04/11)
HO 04 96 (04/91)   HO 01 41 (11/99)   8-L-2003 (01/10)
                           SUBTOTAL              $    774.00
                           TOTAL POLICY PREMIUM  $    774.00
```

RATING INFORMATION

NOTE: WINDSTORM OR HAIL PERCENTAGE DEDUCIBLE ENDORSEMENT HO 03 12 PREMIUM OF
$49.00- IS REFLECTED IN THE TOTAL ADJUSTED BASE PREMIUM LISTED ABOVE.
DWELLING IS OF FRAME CONSTRUCTION, TERRITORY IS 34, PROTECTION CODE IS 03,
YEAR OF CONSTRUCTION IS 1998, OCCUPIED BY 1 FAMILY
THE DESCRIBED DWELLING IS PRIMARY


MORTGAGEE- REGIONS BANK DBA REGIONS MTG
           PO BOX 200401 ISAOA FLORENCE  SC 29502
           LOAN NUMBER:3006035640



PREMIUM AMOUNT TO BE REFLECTED ON NEXT BILLING NOTICE
UNI-BILL NO. 101016243

FOR COMPANY USE ONLY: CONTINUED ON PAGE 2    AUTHORIZED REPRESENTATIVE  *Jill Kane*    IC