

**REGIONS**
MORTGAGE

Business Services
P.O. Box 18001
Hattiesburg, MS 39404-8001
Customer Service: 1-800-986-2462
Speech and Hearing Impaired: 1-877-344-9716

May 10, 2017

Regina M Driskill
3123 Joyce Ave
Knoxville, TN 37921

Re: Loan Number: 3006035640
    Case Number: 63772
    Estimated Resolution Date: May 21, 2017

Dear Ms. Driskill,

We are in receipt of your recent correspondence, directed to our office, regarding the above referenced mortgage loan. We are in the process of researching this issue, and we will be responding as soon as possible.

We appreciate your patience as we work to respond to your request. However, should you have any questions or concerns in the meantime, please call me at 1-800-986-2462, between the hours of 8:00 a.m. and 5:00 p.m. Central Time, Monday through Friday. As always, thank you for allowing Regions to serve your financial needs.

Sincerely,

MICKI IVEY
Research Specialist
Servicing Performance Assurance

NOTE: If this loan is included in an active bankruptcy case and was not reaffirmed by order of the Bankruptcy Court, or if you received a bankruptcy discharge associated with your loan, this letter is being provided for informational purposes only and is not an attempt to collect, recover, or offset any discharged debt previously incurred by you. However, we reserve all rights and remedies under the security instrument, including the right to foreclose on the collateral.

EC100/012/AJE



PLAINTIFF'S EXHIBIT 21

Exclusive Address for Information Requests and Error Resolution: P.O. Box 110, Hattiesburg, MS 39403-0110
"Regions Bank d/b/a Regions Mortgage. This may be a debt collector under applicable law. This communication may be deemed an attempt to collect a debt, and any information obtained could be used for that purpose."
Once enrolled, loan information is available 24 hours a day, 7 days a week at www.regionsmortgage.com

Case 3:18-cv-00102-JRG-DCP Document 37-21 Filed 09/16/19 Page 1 of 1 PageID #: 165