*Law Office*
*Of*
**J. PHILLIP JONES**

| | | |
|---|---|---|
| *J. Phillip Jones* | *1800 Hayes Street* | *Phone (615) 254-4430* |
| *Jessica D. Binkley* | *Nashville, TN 37203* | *Fax (615) 254-4671* |
| | *www.phillipjoneslaw.com* | |
| | May 18, 2017 | |

**<u>VIA CERTIFIED MAIL & REGULAR MAIL</u>**

REGINA M. DRISKILL
3123 JOYCE AVENUE
KNOXVILLE, TN 37921

     Re:    3123 JOYCE AVENUE
                  KNOXVILLE, TN 37921

Dear REGINA M. DRISKILL:

In connection with the foreclosure on your property at the above address, please be advised that the foreclosure sale is scheduled for **FRIDAY, JUNE 23, 2017 AT 11:00 A.M. (LOCAL TIME)**. A copy of the foreclosure advertisement is enclosed.

If you have any questions regarding this matter, please contact me prior to the scheduled date.

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. IF YOU HAVE RECEIVED A DISCHARGE IN BANKRUPTCY, THIS LETTER/NOTICE IS FOR INFORMATIONAL PURPOSES ONLY SINCE YOUR PROPERTY RIGHTS MAY BE AFFECTED.**

                                      Sincerely,

                                      LAW OFFICES OF J. PHILLIP JONES
                                      Joyce Fultz
                                      Legal Assistant



JPJ/jf
Enclosure
Cc:    REGIONS BANK (MS-3006035640)
        SHARON FRANKENBERG, ATTORNEY
        CITY OF KNOXVILLE
        SUNTRUST BANK

FOR ASSISTANCE AS TO WHAT OPTIONS MAY BE AVAILABLE TO YOU,
REGIONS HAS A SINGLE POINT OF CONTACT: TAMMY JORDAN; Email Address –
loancounselors@regions.com; Telephone Number 800-748-9498, Ext. 2738
