
Consumer Financial
Protection Bureau

June 6, 2017

Regina Drisjill
3123 Joyce Ave
Knoxville, Tennessee 37921-6611

# Your complaint has been sent to the company.

Dear Regina Drisjill,

Thank you for your complaint 170531-2130269 about REGIONS BANK. We've sent your complaint to the company for their response.

We will let you know when the company responds. The response should include the steps they took, or will take, in response to your complaint.

You should receive a status update within the next 15 days.

## Summary of your complaint

Complaint number: 170531-2130269
Date submitted to CFPB: 5/31/2017 4:27:00 PM
Product: Mortgage
Issue: Trouble during payment process

## What happens next?

*Here's what will happen during the next 15 to 60 days:*

The company has 15 days to respond and up to 60 days to provide a final response.

You can keep up to date by calling us at (855) 411-2372.


PLAINTIFF'S EXHIBIT 23