
PLAINTIFF'S
EXHIBIT
25

## Customer Receipt
Thank You for your Banking Business

PD07-07-2017 2:31P #169
TN5266 #04 ML **5640
ML PMT          $650.00

**REGIONS**

Any balance printed on this receipt does not reflect the current business day's activity on this account. All transactions are accepted in accordance with the terms of your agreement.

## Customer Receipt
Thank You for your Banking Business

PD06-23-2017 10:35A #23
TN5275 #04 DA **5758
COM DEP        $4,000.00

Case 3:18-cv-00102-JRG-DCP   Document 37-25   Filed 09/18/19   Page 1 of 1   PageID #: 170



Any balance printed on this receipt does not reflect the current business day's activity on this account. All transactions are accepted in accordance with the terms of your agreement.