

**REGIONS**
MORTGAGE

PO Box 18001
Hattiesburg, MS 39404-8001

5-720-07871-0039234-003-01-011-001-000-000

REGINA M DRISKILL
3123 JOYCE AVE
KNOXVILLE TN 37921-6611

## Mortgage Statement 11/17/17

| | |
|---|---|
| Loan Number | 3006035540 |
| Property Address: | 3123 JOYCE AVE |
| | KNOXVILLE TN 37921 |
| Reinstatement Amount As Of | 11/17/2017 |
| **Amount Due** | **$14,439.48** |

If paid after 12/16/17 a late fee of $0.00 will be assessed.

### Contact Us

| | |
|---|---|
| Single Point of Contact: | Tammy Jordan 800-748-9498 2738 |
| Customer Service | 1-800-986-2462 |
| Hearing/Speech Impaired TTY | 1-877-344-9716 |
| Web: | www.regionsmortgage.com |
| Mortgage Loan Originator: | Lacy Wallace NMLS# 583556 |

http://www.regionsmortgage.com/lacywallace or 865-673-5793

### Account Information

| | |
|---|---|
| Outstanding Principal Balance | $21,428.28 |
| Escrow Balance | $9,444.49- |
| Interest Rate | 3.000% |
| Prepayment Penalty | None |

Housing Counselor Information: If you would like counseling or assistance, you can contact the following:
- U.S. Department of Housing and Urban Development (HUD):
  For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287.

### Explanation of Amount Due

| | |
|---|---|
| Accelerated Amount as of 09/11/2017 | $33,028.09 |

Your loan has been accelerated, and the entire balance is due and payable in full. The accelerated amount includes the following amounts due as of 09/11/2017: outstanding principal, interest, escrow, fees and other charges due and unpaid, less funds in unapplied/suspense. This is not a payoff amount. This loan will continue to accrue interest and other charges due after 09/11/2017, and these amounts may become additional debt as provided in your loan documents.

| | |
|---|---|
| Past Due Payments | $14,350.96 |
| Corporate Advances | $63.44 |
| Fees Since Last Statement (See Fee Breakdown) | $12.50 |
| Other Fees Due (See Fee Breakdown) | $100.00 |
| Less Unapplied/Suspense | $74.92- |
| Reinstatement Amount as of 11/17/17 | $14,439.48 |

For information regarding the status of your loan or reinstating your account, please contact Tammy Jordan at 1-800-748-9493. See the enclosed Important Reinstatement Information page.

### Fee Breakdown (see reverse for additional fees)

| | |
|---|---|
| Property Inspection | $100.00 |

### Important Message (see reverse for additional messages)



PLAINTIFF'S EXHIBIT 26

Please see reverse for transactional activity from 10/19/17 to 11/17/17

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $171.68 |
| Interest | $0.00 | $215.36 |
| Escrow (Taxes & Insurance) | $0.00 | $2,002.28 |
| Unapplied/Suspense Funds | $74.92 | $74.92 |
| **Total** | **$74.92** | **$2,464.24** |

### Delinquent Notice

You are late on your mortgage payments. As of 11/17/17, you are 1569 days delinquent on your mortgage loan. Failure to bring the loan current may result in fees or completion of the foreclosure process—the loss of your home. We have made the first notice or filing required for any judicial or non-judicial foreclosure.
**Loss Mitigation Program: Not Applicable.**
**Recent History**
- Payment Due 11/01/2017 : Unpaid Balance $275.98
- Payment Due 10/01/2017 : Unpaid Balance $275.98
- Payment Due 09/01/2017 : Unpaid Balance $275.98
- Payment Due 08/01/2017 : Unpaid Balance $275.98
- Payment Due 07/01/2017 : Unpaid Balance $275.98
- Payment Due 06/01/2017 : Unpaid Balance $275.98
- Amount Due $14,439.48 as of 11/17/17. You must pay this amount to bring your loan current.

If you are experiencing Financial Difficulty. See the Important Disclosures Page included with your statement for more information about mortgage counseling or assistance.

Unapplied/Suspense Funds: Any partial payments that you make are not applied to your mortgage, but are instead held in a suspense account. These funds will be applied to your mortgage when a sufficient amount for a full payment has been

Case 3:18-cv-00102-JRG-DCP  Document 37-26  Filed 09/18/19  Page 1 of 2  PageID #: 171

## Fee Breakdown (continued from front)

## Important Messages (continued from front)

### Transactional Activity From 10/19/17 to 11/17/17

| Date | Description | Total Received | Principal | Interest | Escrow | Optional Products | Suspense* | Fees & Assessments | Effective Date |
|---|---|---|---|---|---|---|---|---|---|
| 10/25/17 | Property Inspection | | | | | | | 12.50- | |
| 10/27/17 | City Tax | | | | 604.31- | | | | |

Case 3:18-cv-00102-JRG-DCP Document 37-26 Filed 09/18/19 Page 2 of 2 PageID #: 172