

PLAINTIFF'S EXHIBIT 27

Blumberg No. 5113



stomer Receipt                    Thank You for your Banking Business

**DUE DATE**
01-01-18

DATE PAID
1-4-18

Cash
CHECK NO.

$290.37
REG. PAYMENT

$
OTHER PAYMENTS

$29037
TOTAL

nting
Your
UNT

m, or
ected
The

uired

PD01-04-2018 1:40P #109
TN5266 #04 ML **5640
REG PMT          $290.37

OUNT
.21

rmation.
AILABLE!
age.com
36-3286

Any balance printed on this receipt does not reflect the
current business day's activity on this account. All
transactions are accepted in accordance with the terms of
your agreement.

**REGIONS**