Attn: Phyilis Miller - Regions Mtg
Fax 901-███████

I, Regina M. Driskell, authorize Denise Evertson to discuss my Regions account on my benefit.

Denise Evertson, is my Case Manager at CAC. The direct number for CAC is 865-███████

Date - 1-27-2018

Regina M. Driskell
Regina M. Driskell
3123 Joyce Ave
Knoxville, TN 37921
865-███████
Loan # 300603564o


PLAINTIFF'S EXHIBIT 28