

Business Services
P.O. Box 18001
Hattiesburg, MS 39404-8001
Customer Service: 1-800-986-2462
Speech and Hearing Impaired: 1-877-344-9716

January 25, 2018

2-720-09445-0000062-001-01-110-100-000-000   SP005

REGINA M DRISKILL
3123 JOYCE AVE
KNOXVILLE TN 37921-6611

Loan Number: 3006035640

Dear Regina M Driskill:

At Regions Mortgage, we understand that everyone faces hardships in life and sometimes may need special assistance to meet their obligations. We care about you as a customer and want to help during difficult times.

If you received a bankruptcy discharge associated with this loan, this letter is being provided for informational purposes only and is not an attempt to collect, recover or offset any discharged debt previously incurred on this loan.

I am writing to let you know that I am your single point of contact as we work to assist you in finding a resolution for your loan referenced above. **You can reach me directly by calling 1-800-748-9498, ext. 9022.** If I am not available, you may leave a voicemail, or transfer to one of my team members for immediate assistance. I am committed to providing you with the best possible customer care and one-on-one personalized service as we work together on a solution to your financial situation.

Whether your challenges are temporary or long term, the sooner you contact me, the more quickly we can determine whether you qualify for assistance and then help find the right option for your individual circumstances. If you need help, the following options may be possible, subject to lender approval.

- Modify your loan terms with us
- Payment forbearance temporarily gives you more time to pay your monthly payment
- If you are not able to continue paying your mortgage, your best option may be to find more affordable housing. As an alternative to foreclosure, you may be able to sell your home and use the proceeds to pay off your current loan.

In addition, you may want to consider contacting other servicers of any other mortgage loans secured by the same property to discuss available loss mitigation options.

Call us today to learn more about your options and instructions for how to apply. The longer you wait, or the further you fall behind on your payments, the harder it will be to find a solution. Should you have any questions, please feel free to contact me directly at the number above. Our offices are open Monday through Thursday between 7:30 a.m. and 8:00 p.m. Central Time. Friday 7:30 a.m. to 6:00 p.m. and Saturdays 8:00 a.m. to 12:00 noon. You may also apply online for mortgage assistance at www.regionsmortgage.com, or contact us in writing at the following address: Regions Mortgage, 215 Forrest Street, Hattiesburg, MS 39401.

For help exploring your options, the Federal government provides contact information for housing counselors, which you can access by contacting the Department of Housing and Urban Development at www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling 800-569-4287.

As always, thank you for choosing Regions. I look forward to speaking with you soon.

Sincerely,

*Natasha Grosstephan*
Natasha Grosstephan
Regions Mortgage

PLAINTIFF'S EXHIBIT 29

Exclusive Address for Information Requests and Error Resolution: P.O. Box 110, Hattiesburg, MS 39403-0110

"Regions Mortgage is a debt collector and any information obtained may be deemed an attempt to collect a debt, and any information obtained will be used for that purpose."

Once enrolled, loan information is available 24 hours a day, 7 days a week at www.regionsmortgage.com
"Regions Mortgage is an Equal Housing Lender."