Friday, February 09, 2018

To whom it may concern at Regions Mortgage Bank,

This is the official response to the letter dated January 26th 2018 to Regina M Driskill concerning the property 3123 Joyce Avenue, Knoxville Tn 37921. In this letter you state that have 30 days to dispute any foreclosure sales. I am disputing that i do not owe the amount of $21,385.09 to Regions Mortgage. Further, there has not been any legal proof that I owe $21,385.09 to Regions Mortgage on my home. If you have any legal proof please send it to me immediately to 3123 Joyce Avenue, Knoxville TN 37921.

Sincerely,

*Regina Driskell*
Regina Driskell



PLAINTIFF'S EXHIBIT 31
Blumberg No. 6113

P.S.
I'm also enclosing A <u>second</u> medical notification to Regions and to the third party J. Phillip Jones and reminder to stop all foreclosure proceedings until medical notification. I'm also requesting assistance from regions to help with speaking with a Head authority due to my disability. I need assistance because of my disability and medical needs at this time to understand and to have this matter clarified to me. I thank you for adhering to the law of the rights for the disabled. Please, Appoint an individual to speak with me in person to break down the details of my loan charges and to see where my payments that I have sent this year (2017-2018) has been applied. I have all receipts and request to have these matters addressed immediately.

Thanks Regina

P.S.S.