This instrument prepared by:
J. PHILLIP JONES
ATTORNEY AT LAW
1800 HAYES STREET
NASHVILLE, TN 37203
PARCEL ID: 094IA03401
3123 JOYCE AVE
KNOXVILLE, TN 37921

NO MORTGAGE
New Owner - Send Tax Bills:
REGIONS BANK
P.O. BOX 18001
HATTIESBURG, MS 39404

094IA03401

**COUNTERSIGNED**
KNOX COUNTY PROPERTY ASSESSOR

MAR 19 2018

BY: JOHN R. WHITEHEAD

Knox County Page: 1 of 2
REC'D FOR REC 03/19/2018 8 25 46AM
RECORD FEE. $13.00
M TAX $0.00 T TAX- $153.64
**201803190054685**

*Sherry Witt*
Register of Deeds
Knox County

## SUBSTITUTE TRUSTEE'S DEED

WHEREAS, on APRIL 9, 1999, GUARANTY TITLE COMPANY, was named Trustee in a Deed of Trust of even date executed by REGINA M. DRISKELL, conveying to her as Trustee the real estate hereinafter described, said Deed of Trust being executed to secure the payment of $40,000.00, principal, said Deed of Trust being recorded in TRUST BOOK 3571, PAGE 1011, in the Register's Office for KNOX County, Tennessee; and

IF applicable the notice required by T.C.A. 35-5-101 et seq. having been met and whereas, J. PHILLIP JONES AND/OR JESSICA D. BINKLEY, either of whom may act, were appointed Substitute Trustee under said Deed of Trust by instrument of record in INSTRUMENT NO. 201704270065574, in the Register's Office for KNOX County, Tennessee; I, J. PHILLIP JONES, Substitute Trustee, at the request of the holder of said indebtedness, and under and by virtue of the powers vested in me as such Substitute Trustee in said Deed of Trust advertised the said realestate as required by law, and by the terms of said Deed of Trust by giving twenty-one (21) days notice by three (3) successive publications, namely of FEBRUARY 5, 2018/FEBRUARY 12, 2018/FEBRUARY 19, 2018 in THE KNOXVILLE FOCUS, a newspaper of general circulation in KNOX County, Tennessee, said sale to be for cash and in bar of the equities of redemption, dower and homestead, as provided in said Deed of Trust.

PURSUANT to said advertisement on WEDNESDAY, MARCH 14, 2018 AT 11:00 A.M. (LOCAL TIME), AT THE NORTHERN MOST ENTRANCE FROM MAIN AVENUE NEAR THE MAIN ASSEMBLY ROOM ON LEVEL "M" OF THE CITY-COUNTY BUILDING AT 400 MAIN AVENUE IN KNOXVILLE, KNOX COUNTY, TENNESSEE, I, J. PHILLIP JONES, individually or by and through his agent, as said Substitute Trustee, offered for sale at public outcry to the highest and best bidder, the real estate hereinafter described for cash and in bar of the herein above mentioned equities as provided in said Deed of Trust, at which time REGIONS BANK SUCCESSOR BY MERGER TO AMSOUTH BANK, SUCCESSOR BY MERGER TO FIRST AMERICAN NATIONAL BANK submitted the highest and best bid in the amount of $41,524.21.

NOW THEREFORE, in consideration of the premises, I, J. PHILLIP JONES, Substitute Trustee, do hereby sell, transfer and convey to REGIONS BANK, its successors and assigns in fee simple, and in bar of all equities above mentioned, the following described real property, to-wit:

PROPERTY LOCATED IN THE COUNTY OF KNOX, TENNESSEE:

SITUATED IN DISTRICT NO. 8 OF KNOX COUNTY, TENNESSEE AND WITHIN THE 23RD WARD OF THE CITY OF KNOXVILLE, TENNESSEE AND BEING KNOWN AND DESIGNATED AS ALL OF LOT 29-R, MIDDLEBROOK HEIGHTS SUBDIVISION, AS SHOWN BY MAP OF RECORD IN MAP CABINET O, SLIDE 360-C, IN THE REGISTER'S OFFICE FOR KNOX COUNTY, TENNESSEE, TO WHICH MAP SPECIFIC REFERENCE IS HEREBY MADE FOR A MORE PARTICULAR DESCRIPTION.

BEING THE SAME PROPERTY CONVEYED TO REGINA M. DRISKELL, UNMARRIED (AKA REGINA M. DRISKILL) BY WARRANTY DEED DATED APRIL 9, 1999 OF RECORD IN DEED BOOK 2322, PAGE 481, REGISTER'S OFFICE FOR KNOX COUNTY, TENNESSEE.

THIS IS IMPROVED PROPERTY KNOWN AS 3123 JOYCE AVE, KNOXVILLE, TN 37921.



PLAINTIFF'S EXHIBIT 32

I, J. PHILLIP JONES, Substitute Trustee, convey to REGIONS BANK all the rights conveyed to me as said Substitute Trustee in said Deed of Trust, including such covenants and warranties as I, as such Substitute Trustee, may lawfully make, all my actions in the premises being solely as Substitute Trustee and not otherwise under the Power vested in me under said Deed of Trust herein above referred to and not as an individual.

_____
J. PHILLIP JONES
Substitute Trustee

STATE OF TENNESSEE
COUNTY OF DAVIDSON

Personally appeared before me, the undersigned, a Notary Public, in and for said County and State, the within named, J. PHILLIP JONES, Substitute Trustee, with whom I am personally acquainted, or proved to me on the basis of satisfactory evidence, and who acknowledged that he executed the within instrument for the purposes therein contained.

Witness my hand and official seal at office at Nashville, Tennessee on MARCH 14, 2018.

_____
Notary Public

My Commission Expires: 9-7-20

STATE OF TENNESSEE
COUNTY OF DAVIDSON

The actual consideration or value, whichever is greater for this transfer is of $41,524.21.

_____
Affiant

Subscribed and sworn to before me, this 14TH day of MARCH, 2018.

_____
Notary Public

My Commission Expires: 9-7-20

RETURN TO:
J. PHILLIP JONES
1800 HAYES STREET
NASHVILLE, TN 37203

Page 2 OF 2
201803190054685