Property Details — http://tn-knox-assessor.publicaccessnow.com/PropertyLookup/PropertyDetails....

Welcome   Property Lookup

YOU ARE HERE:   Property Lookup   Property Details

[Go Back] [Recent Sales] [Property Report]   [GIS Maps] [Map] [Aerial] [Topo] [FEN]

## GENERAL INFORMATION


PLAINTIFF'S EXHIBIT 33

| | |
|---|---|
| REGIONS BANK<br>PO BOX 18001<br>HATTIESBURG MS 39404 | **Property ID:** 094IA03401<br>**Alternate ID:** 109003<br>**Address:** 3123 JOYCE AVE<br>**Property Class:** 001 1-FAMILY<br>**Neighborhood:** 951 WEST VIEW - WEST<br>**Deed Acres:** 0.0000 |

## VALUE HISTORY

| Year | 2017 | 2013 | 2012 | 2011 | 2010 | 2009 | 2008 | 2007 |
|---|---|---|---|---|---|---|---|---|
| Reason | Reappraisal - Countywide | Reappraisal - Countywide | Conversion | | | | | |
| Land Val | $6,000 | $6,000 | $6,000 | $6,014 | $6,014 | $6,014 | $4,210 | $4,210 |
| Imp Val | $93,100 | $86,000 | $84,100 | $84,100 | $84,100 | $84,100 | $60,800 | $60,800 |
| Total Appr | $99,100 | $92,000 | $90,100 | $90,114 | $90,114 | $90,114 | $65,010 | $65,010 |
| Land Mkt | $6,000 | $6,000 | $6,010 | $6,014 | $6,014 | $6,014 | $4,210 | $4,210 |
| Land Use | $0 | $0 | $0 | $6,014 | $6,014 | $6,014 | $4,210 | $4,210 |
| Imp Mkt | $93,100 | $86,000 | $84,100 | $84,096 | $84,096 | $84,096 | $60,781 | $60,781 |
| Total Mkt | $99,100 | $92,000 | $90,110 | $90,110 | $90,110 | $90,110 | $64,991 | $64,991 |

## SALES HISTORY

| Book | Page | Date | Owner | Grantee | Deed | Type | Vacant Land | Sale |
|---|---|---|---|---|---|---|---|---|
| 20180319 | 0054685 | 3/14/2018 | DRISKELL REGINA M | REGIONS BANK | Re | G - Fo | No | $41,5 |
| 00002322 | 0000481 | 4/9/1999 12:00:20 AM | KNOX HOUSING PARTNERSHIP INC | DRISKELL REGINA M | WD | A - Ac | No | $64,0 |

## EXTENSION DETAILS



R01

| Story | Attribute | Detail |
|---|---|---|
|  | Type | 16 RANCH |
|  | Occupancy | Single family |
|  | Roof Structure | Gable |
|  | Roof Cover | Comp sh to 235# |
|  | Heating | Forced hot air-gas |
|  | A/C | Central air |
|  | Stories | 1 |
|  | Bedrooms | 2 |
|  | Bathrooms | 1 |
|  | Bathrooms (Half) | 1 |
| 1 | Exterior Wall | Vinyl siding |
| 1 | Interior Wall | Drywall |
| 1 | Interior Flooring | Base Allowance |

| | |
|---|---|
| Address | 3123 JOYCE AVE |
| Type | 16 RANCH |
| Grade | Avg |

Case 3:18-cv-00102-JRG-DCP   Document 37-33   Filed 09/18/19   Page 2 of 3   PageID #: 182

| | |
|---|---|
| Year Built | 1998 |
| Value | $93,100 |

## IMPROVEMENTS

Improvements do not exist for this account.

## LAND DETAILS

| Primary Use | Land Type | Acres | Eff. Frontage | Eff. Depth | Appr. Value |
|---|---|---|---|---|---|
| | AC-Primary-11 | 0.00 | 62 | 139 | 6,000 |

## LEGAL DESCRIPTION

| Line | Description |
|---|---|
| 1 | SubdivisionName MIDDLEBROOK HEIGHTS RESUB MapPlatB O-360 MapPlatP C Dimensions 6 |
| 2 | 4.01 X 139.79 X IRR |

Copyright 2019 by Thomson Reuters                                                                                 Privacy Statement   Terms Of Us