IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| REGINA DRISKILL | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 3:18-CV-102 |
| | ) | |
| vs. | ) | |
| | ) | Judges Greer/Poplin |
| REGIONS BANK, | ) | |
| | ) | Jury Demand |
| Defendant. | ) | |
| | ) | |

## MOTION FOR PERMISSION TO WITHDRAW AS COUNSEL

COMES the undersigned, Katherine A. Young, and moves this Honorable Court for permission to withdraw as counsel for Regina Driskill. Plaintiff has requested that the undersigned withdraw as her counsel of record as Ms. Driskill intends to retain new counsel.

Plaintiff has also requested that the Court allow her an extension of pending deadlines for sixty (60) days as she obtains new counsel.

Respectfully submitted this the 8th day of September, 2020.

/s/ Katherine A. Young

Katherine A. Young, BPR No. 017178
YOUNG LAW OFFICE, P.C.
9041 Executive Park Drive, Suite 121
Knoxville, Tennessee 37923
Telephone (865) 474-1284
Facsimile (615) 296-0379
Katherine@younglawknoxville.com

-1-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served via regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

/s/ Katherine A. Young