United States District Court
Eastern District of Tennessee
Knoxville Division

Regina Driskell,
  Plaintiff,

v.

Regions Bank,
  Defendant.

Civil Action Number 3:18-CV-102
District Judge J. Ronnie Greer
Magistrate Judge Debra C. Poplin

Medical Reporting from Plaintiff to the Court and request for explanation of why Oct 20th deposition was not given by defendant, Region's Bank

Plaintiff, Regina Driskell comes this 29th day of November 2020 to Present a Statement to let the Court know that Plaintiff is under medical care at this time. Plaintiff, ask understanding by the courts to be aware that due to medical situation of Plaintiff there may be lots of grammar mis-spellings and to make sure that the court realizes that Plaintiff was totally "blindsided" by the leaving of Plaintiff's previous attorney. There was absolutely no warning that previous attorney, Kathryn Young was going to leave the case. Due to Plaintiff's medical condition there is going to be a lot of difficulty to try to to continue this case alone. Plaintiff, Regina Driskell was not given a choice but was told that Attorney Kathryn Young would

to let the courts know that Plaintiff is going to plan to go forward with this case alone. Plaintiff wants the courts to know that due to the worsening of Plaintiff's disability it will effect some of the concentration and but Plaintiff has to try to the best of Plaintiff's ability to proceed alone because she has no other choice but to try to defend the unfair treatment that she has experienced by the defendant, Regions Bank. Plaintiff ask for court to be very considerate that she has no representation As of "no fault" of her own and never ask for to be left alone trying to prosecute a case so serious during a time of illness. Plaintiff Regina Driskill has severe low oxygen which affects the total complete operation of Plaintiff's every day daily living. There will also be possibly some information that Plaintiff was asked to present or respond to that may be given more information that defendant's has requested. Plaintiff prays that The Court will again take into consideration that due to disability "worsening" Plaintiff will not be functioning with full concentration. Plaintiff, has tried to find replaced counsel but is not well and Must and is forced to move forward alone to try to answer and respond to defendant Summary judgement. Defendant, Regions Bank

Regina Driskill she would be doing a "Deposition" before October 20, 2020. Plaintiff, Regina Driskill waited to hear from defendant, Regions Bank to schedule the deposition that defendant claims in the "Second Motion to Enlarge Discovery Deadline" was asking on different occasions to please be given the opportunity to do a deposition. Plaintiff, Regina Driskill has never been contacted by defendant, Regions Bank at any time past or present to come to a Scheduled (Time or date) sent by mail, to Plaintiff to sit for a deposition. But instead Plaintiff, Regina Driskill has been once again "Blind-sided" with a "Summary Judgement" as quickly as the date of October 20, 2020 came and went. There was no notification from The Court sent to Plaintiff, Regina Driskill or from defendant, Regions Bank. Plaintiff wants to know if there was supposedly an issued "Order" to do a deposition and why was this not followed through by defendant, Regions Bank? Again, Plaintiff Regina Driskill ask the court for explanation so that Plaintiff is aware of what has happened. Since Plaintiff has no representation Plaintiff must Ask The Court if Something is not understood by Plaintiff. (See Attachment Sept. 29, 2020, letter (Also Attachments date 9/1/2020) and letter dated

Submitted,
Regina Driskill
Regina Driskill
3123 Joyce Avenue
Knoxville, TN 37

# Certificate of Service

I certify that a true and exact copy of the foregoing has been served upon Filing Users via the electronic filing system and/or on other counsel via U.S. Mail, first-class postage prepaid, this on the following:

Terrence M. McKelvey
Erin Palmer Polly (#22221)
Terrence M. McKelvey (#36531)
Butler Snow LLP
The Pinnacle at Symphony Place
150 Third Avenue South, Suite 1600
Nashville, Tennessee 37201
(615) 651-6700
(615) 651-6701

Regina Driskill
Regina Driskill,
pro se



# Concord Medical Center
*a division of*
Summit Medical Group, PLLC

Antoin H. Mardini, M.D.
Rebecca T. Jackson, M.D.
Walker E. Nowell, D.O.
Carabeth West Russell, M.D.
Lori Staudenmaier, D.O.
Amanda B. Parks, FNP-C
Hannah Cudzilo, NP-C
Lauren Church, NP-C
Jenna Fowlkes, PA-C, MPH

Jason S. Raiford Davis
*Site Manager*

10/13/2020

Reg: Regina Driskill

DOB: 9/27/1967

To whom it may concern:

Regina Driskill is a patient of mine with multiple medical problems including anemia, uterine leiomyoma, fatigue with hypoxia.

Please contact my office if you have any questions.

Sincerely,

Antoin H Mardini, MD

**Knoxville Location**
Suite 100
10215 Kingston Pike
Knoxville, TN 37922
Phone (865) 691-0733
Fax (865) 690-7530

www.summitconcordmed.com

# YOUNG LAW OFFICE, P.C.

9041 Executive Park Drive, Suite 121   Knoxville, TN 37923   Tel: (865) 474-1284   Fax: (615) 296-0379   katherine@younglawknoxville.com

September 29, 2020

Regina Driskill
3123 Joyce Avenue
Knoxville, TN 37921

    Re:    *Regina Driskill v. Regions Bank*, United States District Court for the Eastern District of Tennessee at Knoxville, Case No. 3:18-cv-102.

Dear Regina:

Enclosed please find the following documents:

1. Memorandum and Order from the Court allowing my withdrawal as counsel of record.
2. Second Motion to Enlarge Discovery.
3. Mediation Report.

## DEADLINES YOU MUST MEET

Either you or your new attorney must know and follow the upcoming deadlines in this case:

1. You must sit for your deposition before October 20, 2020;
2. Discovery is ended on December 21, 2020;
3. Regions will file a Dispositive Motion to dismiss your case on or before January 4, 2021 and you must respond, with evidence; and,
4. If the case is not dismissed, your trial is on June 1, 2021 in Greeneville.

## FILE CLOSURE AND DESTRUCTION DATE

I have now closed your case file and will perform no additional work on your behalf. I will retain your file for five years and one month, and it will then be destroyed. (Destruction Date: October, 2025) If you need copies of any documents from your file, please be sure to get them from me before that time comes.

Regina Driskill
September 29, 2020
Page 2

Regina, thank you for allowing me to represent you on this matter. I have enjoyed getting to know you. I wish you all the best going forward.

Sincerely yours,

Katherine A. Young

9/1/2020

I, Regina Driskill, have considered all my options in this matter and I have decided to decline settlement as offered to by Regions Bank, which is:

$37,500 cash purchase of the house

or a 30 year mortgage @ 5.5% for a total of $45,000 purchase price.

I understand my attorney, Katherine A. Young, has advised me to take the mortgage and has waived her attorney fees. I agree she can voluntarily withdraw from my representation.

I have instructed my attorney to request an extension to consider the $37,500 cash offer as I may be able to get assistance with this option.

*Regina Driskill*

9/1/2020

I, Regina Driskill, have considered all my options in this matter and I have decided to decline settlement as offered today by Regions Bank, which is:

KAY ~~$37,500~~ 39,500 Cash purchase of the house
R.D.

or a 30 year mortgage @ 5.5% for a total of $45,000 purchase price.

I understand my attorney, Katherine A. Young, has advised me to take the mortgage and has waived her attorney fees. I agree she can voluntarily withdraw from my representation.

I have instructed my attorney to request an extension to consider the ~~$37,500~~ cash offer as I may be able to get assistance with this option.

39,500 K
R.D.

Regina Driskill

Note - Regions said they did not offer $37,750 but really offered $39,750 so we corrected this document