United States District Court
Eastern District of Tennessee
At Knoxville

Regina Driskill
   Plaintiff

v.                  No. 3:18-CV-102

Regions Bank,
   Defendant.

FILED 2021 APR -1 P 1:43

Notification to the Courts from Plaintiff on recent surgery and reasons for slower response to scheduling order and extension of request to get all exhibits into the courts before May 2021

The Plaintiff, Regina Driskill is notifying the court that emergency surgery was performed on plaintiff on January 28, 2021. Plaintiff, Regina Driskill has been under medications and is experiencing slower performance. Plaintiff is under Medical care at this time. Plaintiff, Regina Driskill is still trying to go forward with the trial date of June 1, 2021. Plaintiff ask the courts for understanding of reasons to slow response to send over exhibits which will be sent in a timely manner before May 2021. Plaintiff ask of this date on April 1, 2021 for full consideration of the court to please allow a small extension of time. All exhibits

# Certificate of Service

I certify that a true and exact copy of the foregoing has been served upon defendant, Regions Bank counsel, Melody McAnally This 1st day of April, 2021 via the United States Postal Service and through Fax, using first class postage prepaid.

Melody McAnally
Butler Snow LLP
6075 Poplar Avenue, Suite 500
Memphis, Tennessee 38119
(901) 680-7201 Fax
Counsel for Defendant, Regions Bank

pro se, Regine Duskil



**FILED**

2021 APR -1 P 1:45

DISTRICT COURT
E.D. DIST. TENN.



# Fax Cover Sheet

Date **3/30/2021**   Number of pages **3** (including cover page)

**To:**
Name _Melody McAnally_
Company _____
Telephone _____
Fax _901-680-7201_

**From:**
Name _Regina Driskill_
Company _____
Telephone _____

Comments _____

7 90363 00711 1
Fax - Local Send

7 90363 00714 2
Fax - Domestic Send

7 90363 00720 3
Fax - International Send

fedex.com 1.800.GoFedEx 1.800.463.3339

© 2016 FedEx. All rights reserved. Products, services and hours vary by location. 615.0F01.002

0017745PM

---

TRANSMISSION VERIFICATION REPORT

TIME : 03/30/2021 18:46
NAME :
FAX :
TEL :
SER.# : U63314KJ4492868

DATE,TIME         03/30 18:45
FAX NO./NAME      19016807201
DURATION          00:00:56
PAGE(S)           03
RESULT            OK
MODE              STANDARD

March 30, 202[1]

Regina Driskill v. Regions Bank; US District Court, Eastern District of Tennessee, 3:18-cv-102

To: Attorney Melody McAnally this letter is in respons[e] to your letter written March 26, 2021. This letter arrived at my home by Fed-Ex on March 29, 2021. I am informing you on the details as to why I have been unable to do any work on my case. As you are well aware I was blindsided by my previous Attorney wh[o] just left abruptly with no warning. I have since then tried to answer AN UNEXPECTED "summary judgment" by Regions Bank. I did the best that I could until my health began to fail me and I was forced into a medical procedure/surgery on Jan. 28, 2021. I am still recovering. I never received a letter, a card, a motion or anything from Regions Banks previous Attorneys, Mckelvey or Polly. So I apologize if I have been a little delayed on procedures. The next thing I know they quit and you are the new attorney saying "I Never sent you anything" Again the reasoning is that you came on the scene unexpectantly. I wasn't sure what was going on due to my illness. I've tried to inform the courts and Regions but no one seems to understand. I am asking for you to (Allow) me a few weeks to send you all exhibits and if you would schedule a phone conference time for me to call you so we can do a "pretrial order" before the deadline. I am tr[ying to do the best] of my ability due to my medical condition. I have also tried to "settle" this matter but to no avail. I'm still open to discuss





03/30/2021

2021 APR -1 P 1:46

DISTRICT COURT
EAN DIST. TENN.

Re: REGINA DRISKILL

D.O.B.: 09/27/1967

REGINA DRISKILL was seen in our office by DR. JOHN LIPMAN.

Type of Injury/Illness:
Office Procedure on 01/28/2021

Please call our office with any questions at (770) 953-2600.

Sincerely,

JOHN LIPMAN
3670 HIGHLANDS PARKWAY SE
SMYRNA, GA 30082-5184